IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RBW STUDIO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-1243-MN |
| | ) |
| BOHA STUDIOS LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING MOTION

The Court having considered Plaintiff's Motion, HEREBY ORDERS this 29th day of January 2025, that the Motion is GRANTED, and this action is dismissed *without prejudice.*

The Honorable Maryellen Noreika
United States District Judge